

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2013

No. 04-11-00550-CV

**BP AMERICA PRODUCTION COMPANY,**
Appellant

v.

Carlos M. **ZAFFIRINI,** Sr., Dolores Angelina De la Garza, Clarissa De La Garza, Cristina
Lorena Benavides, Servando Roberto Benavides, Delia Hilda Benavides Martinez, Maria
Eugenia Benavides Gutierrez, Las Tinajas Minerals, Ltd, Diana Solis,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVF000798D1
The Honorable Joe Lopez, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

On August 30, 2013, this court issued an opinion in this appeal. A motion for rehearing was due on September 16, 2013. *See* TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing is due not later than September 30, 2013. *See id.* R. 49.8.

On September 13, 2013, Appellees Maria Eugenia Benavides Gutierrez and Las Tinajas Minerals. Ltd. filed an unopposed motion for extension of time to file a motion for rehearing. Appellees' motion for extension of time is GRANTED. Appellees' motion for rehearing is due to be filed with this court on October 14, 2012.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court